# United States District Court
# Western District of Texas
# Waco Division

|  |  |  |
|---|---|---|
| WAG ACQUISITION, L.L.C., | § § § § § | |
| Plaintiff, | § § | |
| – against – | § § | No. 6:21-cv-816 |
| | § | Patent Case |
| GOOGLE LLC and | § | Jury Trial Demanded |
| YOUTUBE, INC., | § § | |
| Defendants. | § § § § | |

## **PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff WAG Acquisition, L.L.C. discloses that it has no parent corporation and that there is no publicly-held company that owns 10% or more of its stock.

Dated: August 6, 2021

> **HALEY & OLSON, P.C.**
> 100 North Ritchie Road, Suite 200
> Waco, Texas 76712
> Tel: (254) 776-3336
> Fax: (254) 776-6823
> By: */s/ Brandon R. Oates*
> Brandon R. Oates (State Bar No. 24032921)
> Email: *boates@haleyolson.com*
> *Attorneys for Plaintiff WAG Acquisition, L.L.C.*

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
Email: *docket@listonabramson.com*