# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC and <br> YOUTUBE, INC., <br><br> Defendants. | Civil Action No. 6:21-cv-00816-ADA <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF NAINA SONI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**

I, Naina Soni, declare and state as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel for Defendants Google LLC and YouTube, LLC in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Motion to Transfer to the Northern District of California Pursuant to 28 U.S.C. § 1404(a).

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's amended infringement contentions for YouTube for U.S. Patent No. 9,729,594, dated February 8, 2022. Plaintiff designated its amended preliminary infringement contentions for U.S. Patent No. 9,729,594 as "Confidential Under Interim Protective Order."

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's amended

infringement contentions for YouTube for U.S. Patent No. 9,762,636, dated February 8, 2022. Plaintiff designated its amended preliminary infringement contentions for U.S. Patent No. 9,762,636 as "Confidential Under Interim Protective Order."

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's amended infringement contentions for YouTube for U.S. Patent No. 9,742,824, dated February 8, 2022. Plaintiff designated its amended preliminary infringement contentions for U.S. Patent No. 9,742,824 as "Confidential Under Interim Protective Order."

6. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the file history for U.S. Patent No. 9,762,636.

7. Attached hereto as Exhibit E is a true and correct copy of the website for the law firm of Ernest D. Buff & Associates, LLC, available at https://www.ebuffipsolutions.com/.

8. Attached hereto as Exhibit F is a true and correct copy of the website for SurferNETWORK, available at https://www.surfernetwork.com/.

9. Attached hereto as Exhibit G is a true and correct copy of a search from expedia.com for flights from Newark to San Francisco on June 28, 2022.

10. Attached hereto as Exhibit H is a true and correct copy of a search from expedia.com for flights from Newark to Waco on June 28, 2022.

11. Attached hereto as Exhibit I is a true and correct copy of a search from expedia.com for flights from Boston to San Francisco on June 28, 2022.

12. Attached hereto as Exhibit J is a true and correct copy of a search from expedia.com for flights from Boston to Waco on June 28, 2022.

13. Attached hereto as Exhibit K is a true and correct copy of "Decoding the Codecs," Ted Greenwald, Wired, August 1, 1999, available at https://www.wired.com/1999/08/codecs/.

14. Attached hereto as Exhibit L is a true and correct copy of "Apple previews QuickTime 3.0," c|net, December 1, 1997, available at https://www.cnet.com/tech/tech-industry/apple-previews-quicktime-3-0/.

15. Attached hereto as Exhibit M is a true and correct copy of Apple Inc.'s profile on Bloomberg, available at https://www.bloomberg.com/profile/company/AAPL:US.

16. Attached hereto as Exhibit N is a true and correct copy of David W. Singer's LinkedIn profile, available at https://www.linkedin.com/in/dasinger/.

17. Attached hereto as Exhibit O is a true and correct copy of Alagu Periyannan's LinkedIn profile, available at https://www.linkedin.com/in/alperi/.

18. Attached hereto as Exhibit P is a true and correct copy of U.S. Patent No. 6,714,984.

19. Attached hereto as Exhibit Q is a true and correct copy of U.S. Patent No. 6,717,952.

20. Attached hereto as Exhibit R is a true and correct copy of U.S. Patent No. 6,453,355.

21. Attached hereto as Exhibit S is a true and correct copy of Eugene Shteyn's LinkedIn profile, available at https://www.linkedin.com/in/eugene-shteyn-b0b53b1/.

22. Attached hereto as Exhibit T is a true and correct copy of Ralph D. Hill's LinkedIn profile, available at https://www.linkedin.com/in/rahill/.

23. Attached hereto as Exhibit U is a true and correct copy of Eric Bloch's LinkedIn profile, available at https://www.linkedin.com/in/eedeebee/.

24. Attached hereto as Exhibit V is a true and correct copy of U.S. Patent No. 7,529,806.

25. Attached hereto as Exhibit W is a true and correct copy of U.S. Patent No.

6,005,600.

26. Attached hereto as Exhibit X is a true and correct copy of U.S. Patent No. 6,792,468.

27. Attached hereto as Exhibit Y is a true and correct copy of the Order granting request for *ex parte* reexamination of U.S. Patent No. 8,327,011.

28. Attached hereto as Exhibit Z is a true and correct copy of the Order granting request for *ex parte* reexamination of U.S. Patent No. 8,122,141.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 7, 2022 in Washington, D.C.

> */s/ Naina Soni*
> Naina Soni